## No. 16,788.

### BRADBROOK v. BRADBROOK.
(251 P. [2d] 1085)

Decided December 22, 1952.  Rehearing denied January 12, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. HARRY L. SILVERMAN, Mr. SHELDON SILVERMAN, for plaintiff in error.

Messrs. LONG, HYMAN & SMART, for defendant in error.